No. 95–5277. HYPOLITE v. NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–5278. RUTHERFORD v. HAILEY. Cir. Ct. Cabell County, W. Va. Certiorari denied.

No. 95–5279. RANDALL v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–5281. BOWE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5282. BERGMANN v. MCCAUGHTRY, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–5283. WATSON v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 95–5285. TAYLOR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5286. CARMAN v. SAUNDERS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 95–5287. CASTILLO v. CALIFORNIA DEPARTMENT OF PARKS AND RECREATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–5288. BIBBS v. WITKOWSKI, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–5289. WHITE v. JONES ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–5291. GRIMM v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 95–5292. LOWE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 95–5293. MAYWEATHER v. TERRELL, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–5294. MCCULLOUGH v. BURNETT, CIRCUIT JUDGE, CRAIGHEAD COUNTY, ARKANSAS. C. A. 8th Cir. Certiorari denied.